Certificate Number: 15317-PAE-DE-030240138

Bankruptcy Case Number: 14-15021



15317-PAE-DE-030240138

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2017</u>, at <u>8:33</u> o'clock <u>AM PST</u>, <u>Sunday M Coulter</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 30, 2017</u>          By:   <u>/s/Jonald Gutierrez</u>

                                        Name:   <u>Jonald Gutierrez</u>

                                        Title:   <u>Counselor</u>